IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Pittman, Idreana A

Printed: 6/3/08

Case Number: 07 B 12365
Judge: Wedoff, Eugene R
Filed: 7/11/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: April 17, 2008
Confirmed: September 27, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 367.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 347.18 |
| Trustee Fee: |  | 19.82 |
| Other Funds: |  | 0.00 |
| Totals: | 367.00 | 367.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Zalutsky & Pinski Ltd | Administrative | 3,500.00 | 347.18 |
| 2. | Sallie Mae | Unsecured | 48.99 | 0.00 |
| 3. | Premier Bankcard | Unsecured | 38.41 | 0.00 |
| 4. | Illinois Student Assistance Commission | Unsecured | 2,501.36 | 0.00 |
| 5. | Premier Bankcard | Unsecured | 28.07 | 0.00 |
| 6. | Target National Bank | Unsecured | 23.04 | 0.00 |
| 7. | Aspire Visa | Unsecured | 71.84 | 0.00 |
| 8. | Wells Fargo Financial Illinois Inc | Unsecured | 1,244.34 | 0.00 |
| 9. | Asset Acceptance | Unsecured | 60.25 | 0.00 |
| 10. | Credit Protection Association | Unsecured | | No Claim Filed |
| 11. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 12. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 13. | Cook County State's Attorney | Unsecured | | No Claim Filed |
| 14. | Echo | Unsecured | | No Claim Filed |
| 15. | SMG | Unsecured | | No Claim Filed |
| 16. | TRS Services | Unsecured | | No Claim Filed |
| 17. | US Cellular | Unsecured | | No Claim Filed |
| 18. | PFF Emergency Services | Unsecured | | No Claim Filed |
| 19. | TRS Services | Unsecured | | No Claim Filed |
| | | | $ 7,516.30 | $ 347.18 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 19.82 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Pittman, Idreana A | Case Number: 07 B 12365 |
| | Judge: Wedoff, Eugene R |
| Printed: 6/3/08 | Filed: 7/11/07 |

_____
$ 19.82

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

